**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | ) | |
| | ) | |
| | ) | CASE NO.   1:12-cv-01532 |
| Plaintiff, | ) | |
| | ) | Judge: Hon. Edmond E. Chang |
| v. | ) | Magistrate Judge:  Hon. Susan E. Cox |
| | ) | |
| DOES 1-54, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

Plaintiff HARD DRIVE PRODUCTIONS, INC., respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 45(c)(2)(B), to enter an Order compelling COMCAST CABLE COMMUNICATIONS LLC ("Comcast") to comply with a subpoena *duces tecum* with respect to the above-referenced matter currently pending in this Court.  Plaintiff seeks to obtain identifying information associated with internet service account subscribers including name, current (and permanent) address, telephone number, e-mail address, and Media Access Control address pursuant to a subpoena *duces tecum* served on Comcast on March 13, 2012.

Pursuant to Local Rule 37.2, after consultation by telephone and good faith attempts to resolve differences, the parties resolved one objection by Comcast.  The undersigned counsel for Hard Drive Productions, Inc. and John D. Seiver, counsel for Comcast, held a telephone consultation on April 24, 2012 at or around 2:00 p.m.  Good faith attempts by the parties were able to resolve one of the objections raised by Comcast, but the parties were unable to reach an accord on the remaining objections.

WHEREFORE, Plaintiff respectfully requests an order compelling Comcast to comply with the subpoena.

Respectfully submitted,

HARD DRIVE PRODUCTIONS, INC.

**DATED: April 24, 2012**

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 24, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a). The undersigned also certifies that on April 25, 2012, he caused a copy of the foregoing document to be sent via First Class Mail, Postage Prepaid to:

John D. Seiver
Davis Wright Tremaine LLP
Suite 800
1919 Pennsylvania Avenue, NW
Washington, D.C. 20006-3401
*Attorney for Comcast Cable Communications, LLC*


By: /s/ Paul Duffy
Paul Duffy