UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Hard Drive Productions, Inc.
                        Plaintiff,

v.                                           Case No.: 1:12–cv–01532
                                                Honorable Edmond E. Chang

Does 1–54
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 1, 2012:

       MINUTE entry before Honorable Edmond E. Chang: Status and motion hearing held. With regard to Defendant Doe 96.35.21.42s motion to quash and/or vacate subpoena served on Charter Communications [12], Plaintiff's response is due 05/22/12, and Doe 96.35.21.42 may reply on 06/05/12. Plaintiff's response must specifically describe, through evidence, the "geolocation" mechanism that Plaintiff used to identify the location of the named IP addresses (including 96.35.21.42) as being in Illinois. The Court also notes that the motion to quash seems to mistakenly assume that if Charter were to comply with the subpoena and identify Doe, then as a matter of law the Court would have personal jurisdiction over Doe. That is not the case; Doe would reserve his or her right to challenge personal jurisdiction. The Court further notes that Doe 96.35.21.42 is litigating the quash–motion anonymously, which is heavily disfavored. Doe 96.35.21.42 must address that issue in the reply brief. On Plaintiffs motion to compel against Comcast [13], Comcast's response is due on 05/15/12. Plaintiff may reply on 05/29/12. The ruling on the motion to compel might very well bear on all of the Does; Plaintiff and Comcast should address (among any other issues they wish to address) whether Plaintiff has properly joined the defendants via a defined single swarm. No amended complaint shall be filed until resolution of the motions before the Court. Status hearing set for 06/27/12 at 8:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.