**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Hard Drive Productions, Inc.
                        Plaintiff,

v.                                            Case No.: 1:12–cv–01532
                                            Honorable Edmond E. Chang

Does 1–54, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 26, 2012:

      MINUTE entry before Honorable Edmond E. Chang: Plaintiff's motion to file supplemental authority [29] is granted. There is no need for a separate brief or separate filing of the supplemental order. Defendants and Comcast may, but need not, respond to the supplemental authority on or before 06/29/12. The Court has the filings under advisement. Status and motion hearings of 06/27/12 is reset to 07/24/12 at 9:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.