**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Hard Drive Productions, Inc.
                          Plaintiff,

v.                                             Case No.: 1:12–cv–01532
                                                     Honorable Edmond E. Chang

Does 1–54, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 23, 2012:

      MINUTE entry before Honorable Edmond E. Chang: The Court still has the motion to compel [13], and motions to quash [12, 18], under advisement. Status hearing of 07/24/12 is reset to 08/27/12 at 9:00 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.