## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Hard Drive Productions, Inc.

                 Plaintiff,

v.                                          Case No.: 1:12–cv–01532

                                          Honorable Edmond E. Chang

Does 1–54, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 3, 2012:

      MINUTE entry before Honorable Edmond E. Chang: The motion to compel [13], and the motions to quash [12, 18] are still under advisement. Status hearing of 10/04/12 is reset to 11/01/12 at 9:00 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.