**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Hard Drive Productions, Inc.

                              Plaintiff,

v.                                            Case No.: 1:12–cv–01532
                                                Honorable Edmond E. Chang

Does 1–54, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 15, 2012:

      MINUTE entry before Honorable Edmond E. Chang: The Court is still considering both the motion to compel [13] filed by Plaintiff and the respective Doe's motions to quash [12, 18]. Status hearing of 11/19/12 is reset to 12/3/2012 at 9:15 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.